No. 05–5705, *Hammon* v. *Indiana,* immediately *infra.*

No. 05–5705. HAMMON v. INDIANA. Sup. Ct. Ind. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, and case to be argued in tandem with No. 05–5224, *Davis* v. *Washington,* immediately *supra.*

No. 04–1541. THORPE ET AL. v. COLORADO ET AL. Ct. App. Colo. Certiorari denied.

No. 04–1543. PEREZ v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–1699. HENDRICKS ET VIR v. MUTUAL INDEMNITY (BERMUDA), LTD. C. A. 6th Cir. Certiorari denied.

No. 04–1734. HUCKABY v. NEW YORK STATE DIVISION OF TAX APPEALS ET AL. Ct. App. N. Y. Certiorari denied.

No. 04–10472. SMYLIE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 04–10640. PIZZUTO v. FISHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10706. GAVIRIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–86. PIPER JAFFRAY & CO. ET AL. v. SHEA ET UX.; PIPER JAFFRAY & CO. ET AL. v. DALY ET UX.; PIPER JAFFRAY & CO. ET AL. v. EMETT ET AL.; PIPER JAFFRAY & CO. ET AL. v. BERRYMAN; and PIPER JAFFRAY & CO. ET AL. v. LEARY. Sup. Ct. Mont. Certiorari denied.